IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN WHEY PROTEIN

        Plaintiff,

v.

NEW HORIZON HEUTRICEUTICALS,
ROB WISCOUNT,
JOHN VANDENBRAAK, and
ROBERT ALLEN LAWRENCE,

        Defendants.

Case No.: 17-cv-822

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that Defendant Rob Wiscount has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P.,

The Clerk hereby enters the default of Defendant Rob Wiscount pursuant to Fed. R. Civ. P. 55(a).

Dated this 22nd day of January, 2018.

                                            s/L. Kamke, Deputy Clerk
                                            PETER OPPENEER
                                            Clerk of Court
                                            United States District Court
                                            Western District of Wisconsin