IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN WHEY PROTEIN

        Plaintiff,

v.

NEW HORIZON HEUTRICEUTICALS,         Case No.: 17-cv-822
ROB WISCOUNT,
JOHN VANDENBRAAK, and
ROBERT ALLEN LAWRENCE,

        Defendants.

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that Defendant John Vandenbraak has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P.,

The Clerk hereby enters the default of Defendant John Vandenbraak pursuant to Fed. R. Civ. P. 55(a).

Dated this 22nd day of January, 2018.

                                              s/L. Kamke, Deputy Clerk
                                              PETER OPPENEER
                                              Clerk of Court
                                              United States District Court
                                              Western District of Wisconsin