IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN WHEY PROTEIN

    Plaintiff,

v.

NEW HORIZON NEUTRICEUTICALS,          Case No.: 17-cv-822
ROB WISCOUNT, JOHN VANDENBRAAK,
ROBERT LAWRENCE, B.A.M. MANUFACTURING,
JEFFREY WHITT, TODD DUMANSKI and
DR. LAWRENCE LABS, L.L.C.,

    Defendants.

---

## DENIAL OF ENTRY OF DEFAULT

Plaintiff has requested that the Clerk of Court enter default against defendant Whitt, pursuant to Federal Rule of Civil Procedure 55(a). This request will be denied. Plaintiff appears to have recycled the Motion for Entry of Default used for defendant Todd Dumanski, as paragraph 2 refers to Dumanksi/Dumanski and not Whitt. In addition, defendant Whitt was added to this case with the first name Jeffrey. However, plaintiff refers to Whitt as Jeffery. Therefore, entry of default is denied as to Jeffrey Whitt.

Dated this 28th day of September, 2018.

                                  s/L. Kamke, Deputy Clerk
                                  PETER OPPENEER
                                  Clerk of Court
                                  United States District Court
                                  Western District of Wisconsin